# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALIG KODJANIAN, an individual, and MAYDA LAKHOIAN, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company,<br><br>        Defendants, | Case No.: 2:21-cv-08836-DSF-MAA<br><br>*Assigned to the Hon. Dale S. Fischer and Magistrate Judge Maria A. Audero*<br><br>**ORDER OF DISMISSAL** |

       Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

       **IT IS SO ORDERED.**

DATE: <u>October 19, 2023</u>      By: <u>Dale S. Fischer</u>

                                  HON. DALE S. FISCHER

                                  U.S. DISTRICT JUDGE